STATE OF HAWAII *v.* HENRY TORRES DIAS.

No. 4860.

JUNE 25, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND
CIRCUIT JUDGE KABUTAN IN PLACE OF
KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

Kabutan, Circuit Judge, having dissented from the majority in the original opinion, does not concur.

*Barry Chung,* Prosecuting Attorney, and *Leland H. Spencer,* Deputy Prosecuting Attorney, City and County of Honolulu, for the petition.